IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GORDON VAUGHN, # 0116069, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0724-CG-B |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all pleadings of this file deemed relevant to the issues raised, and there having been no objection filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 10, 2013, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 22nd day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE